IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>    Plaintiff,<br><br> v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>    Defendants. | C.A. No. 12-1595-LPS<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

Having considered Defendants' Emergency Motion for an Extension of Time,

IT IS HEREBY ORDERED this ___ day of _____, 2020, that Defendants' Emergency Motion is GRANTED.

                   _____
                   UNITED STATES DISTRICT JUDGE