**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS INC., <br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM U.S.A., <br> INC., <br><br> Defendants. | C.A. No. 12-01595-GBW |

**STIPULATION OF DISMISSAL**

WHEREAS, on November 29, 2012, Plaintiff Arendi S.A.R.L. ("Arendi") filed a Complaint (D.I. 1) against Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG"), alleging infringement of U.S. Patent Nos. 7,917,843 ("the '843 patent"), 7,496,854 ("the '854 patent"), and 8,306,993 ("the '993 patent");

WHEREAS, on October 3, 2013, Arendi filed a First Amended Complaint (D.I. 34) further alleging infringement of U.S. Patent No. 6,323,853 ("the '853 patent") in addition to the previously asserted '843, '854, and '993 patents;

WHEREAS, on February 20, 2018, the United States Court of Appeals for the Federal Circuit affirmed a holding by the Patent Trial and Appeal Board that all claims of the '853 patent are unpatentable, *Arendi S.A.R.L. v. Google LLC*, 882 F.3d 1132 (Fed. Cir. 2018);

WHEREAS, on June 4, 2026, the Federal Circuit held that all asserted claims of the '843, '854, and '993 patents are patent ineligible under 35 U.S.C. § 101, *Arendi S.A.R.L. v. Oath Holdings Inc.*, No. 2022-1762, 2026 WL 1599941 (Fed. Cir. June 4, 2026);

WHEREAS, in view of the Federal Circuit's rulings, Arendi no longer has any viable infringement claims against LG remaining in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Arendi and LG as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Arendi's claims in this action (which are the only claims in this action) are DISMISSED WITH PREJUDICE.

2.      Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

2

Dated:  August 12, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

/s/ Neal C. Belgam
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Telephone: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Seth Ard
Max Straus
Beatrice Franklin
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
sard@susmangodfrey.com
mstraus@susmangodfrey.com
bfranklin@susmangodfrey.com

John Lahad
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
jlahad@susmangodfrey.com

Kalpana Srinivasan
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3106
ksrinivasan@susmangodfrey.com

Kemper Diehl  (admitted pro hac vice)
**SUSMAN GODFREY, LLP**
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
kdiehl@susmangodfrey.com

*Attorneys for Plaintiff Arendi S.A.R.L.*

**FISH & RICHARDSON P.C.**

/s/ Casey M. Kraning
Casey M. Kraning (No. 6298)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Email: kraning@fr.com

Steven R. Katz
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070
Email: katz@fr.com

R. Andrew Schwentker
1000 Maine Ave. SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Email: schwentker@fr.com

*Attorneys for Defendants LG Electronics
Inc., LG Electronics U.S.A., Inc. and
LG Electronics MobileComm U.S.A., Inc.*

3