AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ for the District of Delaware _____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>12-1595 LPS | DATE FILED<br>10/3/2013 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>Arendi, S.A.R.L. | | DEFENDANT<br><br>LG Electronics, Inc.<br>LG Electronics USA, Inc.<br>LG Electronics Mobilecomm U.S.A., Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☑ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  6,323,853 | 11/27/2001 | Arendi, AS |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT    SEE ATTACHED |
|---|

| CLERK  S/ Randell Rohan | (BY) DEPUTY CLERK | DATE  8/13/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ARENDI S.A.R.L.,

          Plaintiff,

          v.

LG ELECTRONICS INC.,
LG ELECTRONICS U.S.A., INC., and
LG ELECTRONICS MOBILECOMM U.S.A.,
INC.,

          Defendants.

C.A. No. 12-01595-GBW

## STIPULATION OF DISMISSAL

WHEREAS, on November 29, 2012, Plaintiff Arendi S.A.R.L. ("Arendi") filed a Complaint (D.I. 1) against Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG"), alleging infringement of U.S. Patent Nos. 7,917,843 ("the '843 patent"), 7,496,854 ("the '854 patent"), and 8,306,993 ("the '993 patent");

WHEREAS, on October 3, 2013, Arendi filed a First Amended Complaint (D.I. 34) further alleging infringement of U.S. Patent No. 6,323,853 ("the '853 patent") in addition to the previously asserted '843, '854, and '993 patents;

WHEREAS, on February 20, 2018, the United States Court of Appeals for the Federal Circuit affirmed a holding by the Patent Trial and Appeal Board that all claims of the '853 patent are unpatentable, *Arendi S.A.R.L. v. Google LLC*, 882 F.3d 1132 (Fed. Cir. 2018);

WHEREAS, on June 4, 2026, the Federal Circuit held that all asserted claims of the '843, '854, and '993 patents are patent ineligible under 35 U.S.C. § 101, *Arendi S.A.R.L. v. Oath Holdings Inc.*, No. 2022-1762, 2026 WL 1599941 (Fed. Cir. June 4, 2026);

WHEREAS, in view of the Federal Circuit's rulings, Arendi no longer has any viable infringement claims against LG remaining in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Arendi and LG as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Arendi's claims in this action (which are the only claims in this action) are DISMISSED WITH PREJUDICE.

2.      Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

SO ORDERED, this 13th day of August, 2026

UNITED STATES DISTRICT JUDGE

SO ORDERED, this ___ day of ____________ 20__

______________________________
UNITED STATES DISTRICT JUDGE